PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA A STOCKDALE, | ) | |
| | ) | CASE NO. 1:16CV2304 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| Defendant. | ) | **AND ORDER** |

An Administrative Law Judge ("ALJ") denied Plaintiff Cynthia A. Stockdale's

application for Disability Insurance Benefits ("DIB") after a hearing in the above-captioned case.

That decision became the final determination of the Commissioner of Social Security when the

Appeals Council denied the request to review the ALJ's decision.  The claimant sought judicial

review of the Commissioner's decision, and the Court referred the case to Magistrate Judge

Thomas M. Parker for preparation of a report and recommendation pursuant to 28 U.S.C. § 636

and Local Rule 72.2(b)(1).

The magistrate judge submitted a Report (ECF No. 16) recommending that the decision

of the Commissioner be affirmed.  Specifically, the magistrate judge recommends that the Court

find: (1) the ALJ's Step Three finding is supported by substantial evidence, including medical

opinion evidence (ECF No. 16 at PageID #: 640-44); (2) the ALJ's evaluation of Plaintiff's

obesity and determination that Plaintiff did not meet, or medically equal, the criteria for this

listed impairment is supported by substantial evidence (ECF No. 16 at PageID #: 644-47); and

(1:16CV2304)

(3) the ALJ's residual functioning capacity ("RFC") finding was properly determined and is

supported by substantial evidence (ECF No. 16 at PageID #: 648-50).

Fed. R. Civ. P. 72(b)(2) provides that objections to a Report and Recommendation must

be filed within 14 days after service.  Objections to the magistrate judge's Report and

Recommendation were, therefore, due on July 3, 2017.  Neither party has filed objections,

evidencing satisfaction with the magistrate judge's recommendations.  Any further review by

this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v.*

*Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health*

*and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-

50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted.

The decision of the Commissioner of Social Security is affirmed.  Judgment will be entered in

favor of Defendant.


IT IS SO ORDERED.


July 14, 2017          */s/ Benita Y. Pearson*
Date                   Benita Y. Pearson
                       United States District Judge